AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BROOKE CALL,

Plaintiff,

v.

JANUS RX, LLC,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:24cv-62

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated October 18, 2024 the Parties' second motion for settlement approval is granted and the Court approves the proposed settlement agreement. This matter is dismissed with prejudice and stands closed.  Each party shall bear its own costs and fees except as otherwise ordered.



October 18, 2024
Date

John E. Triplett, Acting Clerk
Clerk

*James R. Burell*
(By) Deputy Clerk

GAS Rev 10/2020